Fourteenth Court of Appeals
301 Fannin Suite 245
Houston, Texas 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

JUL 27 2015

CHRISTOPHER A. PRINE
CLERK

Jimmy Diaz,
 Plaintiff,

 vs.

Savannha Robinson, et al,
Robert Thomas Rice, and
addendum third Party,
Kennenth Grazia Little-Ken INC.
et al, Defendants,

I demanded Jury Trial

I demanded A Hearing

No. 14-14-00517-CV

No. 14-14-00622-CV

## Plaintiff's motion to Adopt, and/or his motion to leave The Court.

To the Honorable Justice of
Said Court:

Into the Court Comes I Jimmy Diaz, in the above styled cause known and numbered;

1.

Plaintiff respectfully moves the Honorable Appell-ate Court Pursuant Federal Rules Of Civil Proce-dure rule 4 forma, Pursuant to the apporiate Rule files motion To leave the Court, and his motion To Adopt for good reason will show the following:

# I.

## STATEMENT OF THE FACTS

## Presented for REVIEW

1. Plaintiff is a layman of the law No lititgation experance No Education Very law IQ, score EA score and Plaintiff case requires a Expert witness Trial in this Civil Action will require Cross Examination and this cause is very Complex require significant rearch and investigation Further more the defendants are Attorneys.

2. Plaintiff files his motion To Adopt any and all motion To Proceed in forma Pauperis, inability to Pau Costs, Waiver of filing fees,

2.

and any other Pleading filed to allow him to Proceed in this Civil Action in the interest of Justice UNDER U.S. Const. Amend 14th and V, Amendments Rights 9th and § 1. U.S.C. A. Const. Amend. a Fundamental Constitional deprivation.

## II.

## UNSWORN Declaration By an inmate

I, Jimmy Diaz, declare and depose Pursuant to the title 28 U.S.C. § 1746, under the Penalty of Perjury that the Statements made in Cause Nos. MOTION To leave the Court, MOTION To adopt NO. 14-14-00517-CV; And 14-14-00622-CV are true and Correct to the best of my Knowledge ENTERED. EXCUTED On this day of 22, day of July, 2015. Signed this DAY

Respectfully Submitted

Jimmy Diaz #173730

Jimmy Diaz, RAMSEY Unit 1100 F.m. Rd Rosharon, Tx 77583

3,

## III.
## CERTIFICATE OF SERVICE

I, Jimmy Diaz, HEREBY CERTIFY that a copy of the foregoing intrument cause Nos. 14-14-00517-cv, And 14-14-00622-cv. Plaintiff's motion To leave the Court, motion To adopt was served To: HONORABLE CLERK CHRISOPTER A. PRINE, Fourteenth Court of Appeals 301 Fannin Suite 245 HOUSTON, Tx 77002 through by U.S. Postal SERVICE U.S. mail from Prison mail box on this day of 22 day of July 2015 (address follows parties SERVED). Signed this day

RHOUNDA BARCHAK
BRAZORIA County DIST. CLERK,
III E, Locust Suite 500
Angleton, Tx 77515-4678

Respectfully Submitted
Jimmy Diaz #1737304
Jimmy Diaz
RAMSEY Unit
1100 F.M. Rd
Rosharon, Tx 77583

## ORDER

ON THIS day of _____ day of _____ , 20 ____
SAID MOTION TO leave The Court, and MOTION TO Adopt is HEREby SAID TO HEARD is HEREby IS:

4.

## ORDER
## GROUND FOUL

( ) GRANTED                    ( ) DENIED

_____
HONORABLE JUSTICE JUDGE
Presinding

P;ll 1-S MOTION To leave the Court. And motion
To Adopt END:

(5),